

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 11, 2018

**BY ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: **United States v. Qwame Thomas,**
    **16 Cr 397 (LTS)**

Dear Judge Swain:

The parties have a status conference scheduled for May 14, 2018 at 2:00 p.m. The parties respectfully request a 30-day adjournment of the status conference given that Mr. Thomas has renewed his application for deferred prosecution, and that application is being considered by the Government. The Government further respectfully requests that time under the Speedy Trial Act be excluded between today and the date of the next conference to allow the parties to continue their discussions regarding pretrial resolution of this matter. *See* 18 U.S.C. 3161(h)(7)(A). The defendant, through counsel, has consented to the adjournment and the exclusion of time.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/
Amanda L. Houle/ Jason M. Swergold
Assistant United States Attorneys
(212) 637-2194 / 1023

THE APPLICATION IS GRANTED. THE CONFERENCE IS adjourned to 6/18/18 AT 2:30pm IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 6/18/18 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.
DE #337 resolved.
5/11/18
LAURA TAYLOR SWAIN, USDJ

cc: Daniel Parker (counsel for Qwame Thomas)