

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 26, 2018

**BY ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:   **United States v. Qwame Thomas,**
>         **16 Cr 397 (LTS)**

Dear Judge Swain:

The parties are scheduled for a status conference on July 30, 2018.  The parties respectfully request a 30-day adjournment of the conference.  The parties are engaged in discussions regarding a potential pretrial resolution of this matter, and expect that the discussions will be resolved in the next 30 days.  The Government further respectfully requests that time under the Speedy Trial Act be excluded between July 30, 2018 and the date of the next conference to allow the parties to continue their discussions regarding pretrial resolution of this matter.  *See* 18 U.S.C. 3161(h)(7)(A).  The defendant, through counsel, has consented to the adjournment and the exclusion of time.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   _____/s/_____
Amanda L. Houle/ Jason M. Swergold
Assistant United States Attorneys
(212) 637-2194 / 1023

cc:   Daniel Parker (counsel for Qwame Thomas)