**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER  
MICHAEL CARMODY  
CHRISTINA s. COOPER  

TELEPHONE: (212) 239-9777  
FACSIMILE:  (212) 239-9175  
Email: DanielParker @ aol.com  

September 20, 2018

**By ECF**
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Allen et al.* **as to Qwame Thomas**
16 Cr. 397 (LTS)

Dear Judge Swain:

    I am the attorney for Qwame Thomas, the defendant in the above-captioned matter.

    I write requesting that the conference scheduled for September 24th be adjourned to October 16, 2018 at 2:00 p.m.

    I have spoken with AUSA Amanda Houle and the Government consents to this request.

    It is anticipated that Mr. Thomas will enter a guilty plea on that date.

    Thank you for your consideration in this matter.

Very truly yours,

Daniel S. Parker

cc: AUSA Houle (by email)