Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.  Docket No. 0208 1:16CR00397 (LTS)

Quame Thomas

On January 24, 2019, the above named was placed on Probation for a period of five (5) years. He has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that Quame Thomas be discharged from Probation.

Respectfully submitted,

by  *Robert L. Walsh*
Robert L. Walsh
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 22 day of February, 20 21.

/s/ Laura Taylor Swain
Honorable Laura Taylor Swain
U.S. District Judge